____ Priority
_✓_ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: CV 99-3839 ABC (CTx)     Date: February 23, 2000

Title:   Lucien Trotman, et al. v. International Brotherhood of
         Teamsters, et al.

====================================================================

DOCKET ENTRY

====================================================================

PRESENT: Hon. Audrey B. Collins, United States District Judge

        Daphne Alex               Not Present
        Deputy Clerk              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

        None                              None

PROCEEDINGS:   Order re: Defendants' Motion to Strike Jury Demand
               (In Chambers)

    Defendants filed a Motion to Strike Jury Demand on February 18, 2000. The Court notes that Defendants failed to comply with Central District of California Local Rule 7.4.1.

    Local Rule 7.4.1. requires that:

    [C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. . . . If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect: "This motion is made following the conference of counsel pursuant to Local Rule 7.4.1. which took place on (date)."

    Because Defendants failed to comply with this requirement, the

ENTERED ON ICMS
FEB 24 2000

FEB 24 2000

Court considers Defendants' motion to strike WITHDRAWN. If the parties have already conducted the pre-filing conference, Defendants shall file an Amended Notice of Motion and the Court will reschedule the instant motion for hearing.

Copies to:
    Judge Collins
    Counsel of Record

Deputy Clerk  _D.A._