1  Elizabeth Rosenfeld (CA Bar No. 106577)
   WOHLNER KAPLON PHILLIPS YOUNG & BARSH
2  A Professional Corporation
   15760 Ventura Blvd., Suite 1510
3  Encino, California 91436
   Telephone:   (818) 501-8030 ext. 313
4  Facsimile:   (818) 501-5306

5  Attorneys for Defendant GENERAL TRUCK
   DRIVERS, CHAUFFEURS AND HELPERS UNION,
6  LOCAL NO. 692, INTERNATIONAL
   BROTHERHOOD OF TEAMSTERS, AFL-CIO

FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LODGED

2000 FEB 18 PM 11:02
CLERK, U.S. DIST. CT.
CENTRAL DIST. OF CA.
LOS ANGELES

              UNITED STATES DISTRICT COURT

       FOR THE CENTRAL DISTRICT OF CALIFORNIA

                   WESTERN DIVISION

11  LUCIEN TROTMAN, an individual;    )  CASE NO. CV99-03839 ABC(CTx)
    ROBERT BUSH, an individual;       )
12  GEORGE APPLEGATE, an individual;  )  THE HON. AUDREY B. COLLINS
    PHIL TANNERY, an individual;      )
13  RODERICK BIRDZELL, an             )  [PROPOSED]
    individual; MICHAEL LIBBY, an     )
14  individual; and WILLIE WILLIAMS,  )  JUDGMENT
    an individual;                    )
15                                    )  DATE:  March 13, 2000
                   Plaintiffs,        )  TIME:  10:00 A.M.
16                                    )  CTRM:  690, ROYBAL FEDERAL
    vs.                               )         BUILDING
17                                    )
    INTERNATIONAL BROTHERHOOD OF       )
18  TEAMSTERS, GENERAL TRUCK DRIVERS  )  Discovery Cut-Off: February
    CHAUFFEURS AND HELPERS UNION,     )  14, 2000
19  LOCAL 692, a national labor       )  Motion Cut-Off: March 13,
    organization; GERALD DUNN, an     )  2000
20  individual; and DOES 1 through    )  Pre-Trial Conference: April
    10, inclusive,                    )  10, 2000 at 9:30 a.m., Rm.
21                                    )  690, Roybal Federal Building
                   Defendants.        )
22

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 14 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

23

24

25

26        The Court, having granted the motion for summary judgment of

Defendant GENERAL TRUCK DRIVERS, CHAUFFEURS AND HELPERS UNION,

Docketed ✓
Copies / NTC Sent ✓
JS-5 / JS-6
JS-2 / JS-3
CLSD

er:\...\ibt692\trotman\msj.pa    JUN 14 2000

1 | LOCAL NO. 692, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO

2 | ("Local 692"),

3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that summary

4 | judgment be entered in favor of Defendant Local 692 and against

5 | Plaintiffs herein, and that Defendant Local 692 recover its costs

6 | of suit incurred herein.

7

8 | DATED: _____Jun 12, 2000_____          _____Audrey B Collins_____

9 |                                            UNITED STATES DISTRICT JUDGE

10

11 | Submitted by:

12 | DATED: 2/17/2000

13

14

15

16 | ELIZABETH ROSENFELD
    Attorney for Defendant GENERAL TRUCK
    DRIVERS, CHAUFFEURS AND HELPERS UNION,
17 | LOCAL NO. 692, INTERNATIONAL
    BROTHERHOOD OF TEAMSTERS, AFL-CIO

18

19

20

21

22

23

24

25

26

27

28

er:\...\ibt692\trotman\msj.pa          - 2 -

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address and place of employment is Express Network, 350 S. Figueroa Street, Suite 299, Los Angeles, CA 90071.

On the date set forth below, I served the document(s) described as [PROPOSED] JUDGMENT on the interested parties in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Gregory M. Lee, Esq.
Edward H. Cross, Esq.
Law Offices of Edward H. Cross
1666 North Main Street, Second Floor
Santa Ana, California 92701

[ ] (BY MAIL) [ ] I deposited such envelope(s) in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] (BY PERSONAL SERVICE), I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL), I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 18, 2000 at Encino, California.

RANDY LURES